UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Jennifer A. Adams                                  **Case/AP Number** 14-13281 **-FJB**
                                                              **Chapter** 7

#3 Application to Proceed in forma pauperis filed by Debtor Jennifer A. Adams

**COURT ACTION:**

<u>  3     </u> Hearing held
_____ Granted       _____ Approved       _____ Moot
_____ Denied        _____ Denied without prejudice    _____ Withdrawn in open court
_____ Overruled     _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order    _____ Released    _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Allowed.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____ Dated: 08/19/2014
Frank J. Bailey
United States Bankruptcy Judge